

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30039-06 |
| VERSUS | * | JUDGE JAMES |
| ABDULFATTAH NASSER SALEH<br>a/k/a ABDUL<br>a/k/a COLONEL ANTHONY | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Abdulfattah Nasser Saleh, and adjudges him guilty of the offense charged in Count One of the indictment and the forfeiture allegations against him.

THUS DONE AND SIGNED this 3 day of May, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE